✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Western DISTRICT OF Virginia

United States of America

V.

Seth Isaiah Adams

**EXHIBIT AND WITNESS LIST**

Case Number:  7:19-cr-104

| PRESIDING JUDGE<br>Robert S. Ballou | PLAINTIFF'S ATTORNEY<br>Rachel Swartz, AUSA | DEFENDANT'S ATTORNEY<br>Michelle Derrico, CJA |
|---|---|---|
| TRIAL DATE (S)<br>1/13/2021 | COURT REPORTER<br>K. Brown/FTR | COURTROOM DEPUTY<br>K. Brown |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| X |   | 1/13/2021 |   |   | Ryan Sloan, DEA TFO, sworn |
| 1 |   | 1/13/2021 | x | x | Texas driver's license (Sloan) |
|   | X | 1/13/2021 |   |   | Seth Isaiah Adams, deft., sworn |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of   1   Pages