CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
3/31/2021
JULIA C. DUDLEY, CLERK
BY: s/ A. Beeson
DEPUTY CLERK

I'm sending this to be filed in records thank you

Seth Adams

First and foremost, I open this missive with hopes that it finds you in the best of spirits and health! Due to covid 19 procedures the jail will not allow me to visit the library where the hard drive to my discovery is being held which deprives me from an adequate defense under the equal protection principles an indigent defendant must be provided with the basic tools of an adequate defense. This obligation includes a transcript of prior proceedings when that transcript is needed for an effective defense. (Britt v. North Carolina) and (Giglio v. United States)

Moreover, I respectfully request an evidentiary hearing pursuant to (Franks v. Delaware) and an suppression hearing. I've been trying to contact you so that we can go over these things but you haven't been available. I've sent an certified copy of this letter to the US Clerks office to be filed. If you could please get on top of this matter I would greatly appreciate.

Thank you,
Seth Adams

I respectfully request the transcripts to my bond hearing so that I can go over the testimony of TFO Ryan Sloan and TFO Joe Crowder for purposes of purjury impeachment and cross-examination. Thank you

Seth Adams

County of Roanoke, Commonwealth of Virginia
The foregoing instrument was subscribed and sworn before me this _____ day of _____
by _____
(name of person seeking acknowledgement)
_____
Notary Public
My commission expires: 12/31/24

