| AO435 (Rev. 04/18; WDVA Rev. 11/19) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS **TRANSCRIPT ORDER FORM** | FOR COURT USE ONLY DUE DATE: |
|---|---|---|

*Please Read Instructions on Page 2.*

### 1. REQUESTOR'S INFORMATION:

| NAME: Seth Isaiah Adams | TELEPHONE NUMBER: (540) 494-1297 |
|---|---|
| **DATE OF REQUEST:** 6/16/2021 | **EMAIL ADDRESS** (Transcript will be emailed to this address.): ladamsbenton@gmail.com |
| **MAILING ADDRESS:** | **CITY, STATE, ZIP CODE:** |

### 2. TRANSCRIPT REQUESTED:

NAME OF COURT REPORTER: K. Brown

OR CHECK HERE [ ] IF HEARING WAS RECORDED BY FTR

| CASE NUMBER: 7:19cr104 | CASE NAME: | JUDGE'S NAME: R. Ballou / M. Urbanski |
|---|---|---|
| DATE(S) OF PROCEEDING(S): 1-13-2021 | TYPE OF PROCEEDING(S): Bond Hearing | LOCATION OF PROCEEDING: Roanoke Division |

REQUEST IS FOR: (Select one) [✓] FULL PROCEEDING OR [ ] SPECIFIC PORTION(S) (Must specify below)

SPECIFIC PORTION(S) REQUESTED (If applicable):

### 3. SERVICE TURNAROUND CATEGORY REQUESTED:
*(See Page 2 for descriptions of each service turnaround category.)*

[✓] Ordinary (30-Day)
[ ] 14-Day
[ ] Expedited (7-Day)
[ ] 3-Day

[ ] Daily
[ ] Hourly
[ ] RealTime

CLERKS OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
6/21/2021
JULIA C. DUDLEY, CLERK
BY: s/S. Duffy
DEPUTY CLERK

### 4. CERTIFICATION:
By signing below, I certify that I will pay all charges (deposit plus additional).

| DATE | SIGNATURE: Seth Adams |
|---|---|

If you have any questions, please contact the court reporter coordinator at (540) 857-5152 or by email to CRC@vawd.uscourts.gov.

Transcript Fee Rates can be found on our website under Standing Orders at:
http://www.vawd.uscourts.gov/media/1576/transcripts2018-3.pdf

**NOTE:** Form must be flattened prior to electronically filing in CM/ECF so that all fillable fields can no longer be modified.